# SCHLAM STONE & DOLAN LLP

Richard H. Dolan
Partner

212 344-5400 Ext. 219
RDolan@schlamstone.com

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

June 17, 2019

**BY ECF**

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Schentag v. Nebgen, et al.*
      SDNY No. 1:17-cv-8734 (GHW)

Dear Judge Woods:

Defendants have given careful consideration to the Court's comments after its ruling on June 3 about the inevitable cost and delay that would result from bringing in new parties at this stage of the case. Accordingly, Defendants have elected not to amend their third counterclaim and instead wish to dismiss so much of it as sought to add Dr. Fayad to the specified patent without prejudice. As the Court also clarified, the balance of the third counterclaim remains unaffected and will be resolved at trial. Defendants look forward to a conference with the Court to schedule a trial to resolve this case.

Respectfully,

Richard H. Dolan

cc (by ECF):
Richard Feldman, Esq.