**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JEROME SCHENTAG, individually and
Derivatively on behalf of THEREABRAKE, INC.,

                            Plaintiffs,          17 **CIVIL** 8734 (GHW)

        -against-                       **JUDGMENT**

VOLANT HOLDINGS GMBH,

                            Defendant.

        -and-

JOSEPH M. FAYAD

        Defendants-Counterclaim Plaintiffs,

        -against-

GEORG NEBGEN and PARVIZ
GHARHRAMANI,
        Counterclaim Plaintiff.
-----------------------------------------------------------X

        It is hereby ORDERED, ADJUDGED AND DECREED: that for the reasons in the Court's Order dated December 17, 2019, judgment is entered in favor of Defendants on Plaintiffs' Counts 1,2,3,4, and 5; and judgment is entered in favor of Plaintiffs Schentag and TheraBrake on Counterclaim A; accordingly, the case is closed.

**DATED:** New York, New York
              December 18, 2019

                                            **RUBY J. KRAJICK**
                                                Clerk of Court

                                        BY:

                                                  Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/18/2019